IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 99-33-JJF |
| | ) | |
| JOSEPH SCOTT, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please withdraw the appearance of Assistant United States Attorney Leonard P. Stark as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Richard G. Andrews.

                                                COLM F. CONNOLY
                                                United States Attorney

                                    By:_____
                                          Richard G. Andrews
                                          First Assistant United States Attorney

Dated:

## **CERTIFICATE OF SERVICE**

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| )                              | |
| v.                           ) | Criminal Action No. 99-33-JJF |
| )                              | |
| JOSEPH SCOTT, et al.,        ) | |
| )                              | |
| Defendant.    ) | |

I, Sharon L. Bernardo, hereby certify that on March 14, 2005, I electronically filed the **NOTICE OF SUBSTITUTION OF COUNSEL** with the Clerk of the Court using CM/ECF which will sent notification of such filing to the following:

> Mark S. Greenberg, Esquire
> 1515 Locust Street
> Suite 900
> Philadelphia, PA 19102
>    Attorney for Defendant Scott

and by causing two copies of said document to be placed in a postage prepaid envelope, placed in the United States Mail, and addressed to the pro se defendants as follows:

> Parris Wall
> Reg. No. 04172-015
> U.S.P. Lewisburg
> P.O. Box 1000
> Lewisburg, PA   17837-1000

> Leroy Coley
> F.C.P. West
> P.O. Box 7000
> Ft. Dix, NJ 08640

/s/ _____