Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RECEIVED
JUL 1 9 2005
SCI MAILROOM

Joseph Scott
SBI # 04194-015
FCI
P.O. Box 420
Fairton, NJ 08320

JUL 2 5 2005

1365 U.S. POSTAGE
7905     $00.830
2973     FROM ZIP CODE     PB2230370
                            JUL 20 05
                            19947

INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD

☐ OTHER

*RTS*
RETURN TO SENDER