OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

| Post-it® Fax Note | 7671 | Date 8/17/05 | # of pages ▶ 1 |
|---|---|---|---|
| To US Dist. Ct. | | From B Lucas | |
| Co./Dept. | | Co. | |
| Phone # | | Phone # | |
| Fax # 573-6451 | | Fax # | |

00249312

TO:     CCIC, Department of Corrections
        Fax number 8-302-739-7486

FROM:   Peter T. Dalleo, Clerk, U.S. District Court

Re:     Forwarding addresses of prisoners

Mail has been returned to the U.S. District Court for the following prisoner(s) with civil suits pending in District Court because they are no longer incarcerated in Delaware prisons. The Court does not have date of birth information on the prisoners, but does have the institution they were last incarcerated in. Could we please have forwarding addresses for the following prisoner(s):

Joseph Scott
SBI # 04194-015
FCI
P.O. Box 420
Fairton, NJ 08320

Date of Birth:
1978

*[signature]*
Deputy Clerk
302 573 6137
Telephone number

Our FAX phone number is (302) 573-6451.

Thank you for your assistance.

1001 Whiteoak Rd.
Apt C-11
Dover, DE 19901

17 Lone Star
MHP
Camden, DE
19934

11 Marantha Ct.
Dover, DE 19901

Sincerely,

Peter T. Dalleo
Clerk, U.S. District Court