IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 99-33-JJF |
| | ) | |
| JOSEPH SCOTT, | ) | |
| | ) | |
| Defendant. | ) | |

## SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Leonard P. Stark, Assistant U.S. Attorney, as attorney of record for the United States and enter the appearance of Shannon T. Hanson, Assistant U.S. Attorney, in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: /s/ _____
for  Shannon T. Hanson
Assistant United States Attorney

Dated: July 9, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 99-33-JJF |
| ) | |
| JOSEPH SCOTT, ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 9th day of July, 2007, I caused to be electronically filed a **Substitution of Counsel And Entry of Appearance** with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify that a copy of the foregoing was hand delivered to counsel of record as follows:

    Christopher D. Tease, Esquire
    1232 King Street
    Wilmington, DE 19801

    Joseph Scott
    SBI #04194-015
    FCI
    P.O. Box 420
    Fairton, NJ 08320

                                    Marie Steel
                                    Legal Assistant